UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
FEB 21 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DOREEN ELWOOD, )
)
    Plaintiff, )
)
v. ) Civil Action No. 14-282
)
BARACK OBAMA, )
)
    Defendant. )

### MEMORANDUM OPINION

This matter comes before the court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Review of the complaint, and the myriad nonsensical and delusional allegations therein, leads the Court to conclude that the complaint must be dismissed in its entirety under 28 U.S.C. § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] a complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Furthermore, the allegations of the complaint "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/7/14

                                                 /s/
                                     United States District Judge

